# Court of Appeals
# of the State of Georgia

ATLANTA, December 03, 2013

*The Court of Appeals hereby passes the following order:*

**A14I0067. VULCAN STEEL STRUCTURES, INC. A/K/A VULCAN ALL-STEEL STRUCTURES, INC., et al. v. GARY JOHN MCCARTY, et al.**

Vulcan Steel Structures, Inc., et al, filed this action against its former employee Gary McCarty and his new employer, alleging, inter alia, that McCarty breached certain provisions of his employment agreement when he left Vulcan and began working for the defendants. The defendants filed a counterclaim, seeking a declaratory judgment that the restrictive covenants in McCarty's employment agreement are unenforceable. The trial court entered a ruling in the defendants' favor, declaring that the covenants are void and unenforceable. After the trial court certified its order for immediate review, the plaintiffs filed this application for interlocutory appeal.

The trial court's order constitutes a declaratory judgment disposing of some but not all of the issues in this case. And, even though the case remains pending below, a declaratory judgment "[has] the force and effect of a final judgment or decree and [is] reviewable as such." OCGA § 9-4-2 (a); see *Building Block Enterprises, LLC v. State Bank & Trust Company,* 314 Ga. App. 147, 149-150 (1) (723 SE2d 467) (2012). Therefore, this order is subject to direct appeal. We will grant a timely application for interlocutory review if the order complained of is subject to direct appeal and the applicant has not otherwise filed a timely notice of appeal. *Spivey v. Hembree*, 268 Ga. App. 485, 486, n.1 (602 SE2d 246) (2004).

Accordingly, this application for appeal is *GRANTED*. The applicants shall have ten days from the date of this order to file a notice of appeal in the superior court, if it has not already done so. The clerk of the superior court is directed to

include a copy of this order in the record transmitted to this court.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 12/03/2013
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*